**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

LUIS ALBERTO MARCUCCI TALAVERA,

*Petitioner*,

v. Case No. 2:26-cv-3367-BCL-tmp

WARDEN, West Tennessee Detention Facility;
CHRISTOPHER BULLOCK, Field Office Director,
ICE Enforcement and Removal Operations, New Orleans
Field Office; SECRETARY OF HOMELAND SECURITY;
and ATTORNEY GENERAL OF THE UNITED STATES,
all in their official capacities,

*Respondents*.

---

**ORDER FOR ADDITIONAL BRIEFING**

---

The Court is in receipt of the Parties' briefing in this case. Petitioner argues that his detention is invalid because he never received a warrant following his entry into full removal proceedings; Respondent has identified a warrant from the earlier period when Petitioner was in expedited removal proceedings. Neither party offers authority or elaboration concerning whether an earlier warrant relating to expedited removal proceedings can or cannot justify continued detention when the alien is then placed into full removal proceedings. Nor have the parties offered authority concerning the proper remedy for lack of a valid warrant supporting immigration detention as of the time detention commenced, nor whether an immigration judge or the BIA can adjudicate those issues.

The Parties **SHALL** file competing briefs addressing those issues, with citation to authority, no later than **November 7, 2026**. Said briefs **MAY** also address other issues, or offer proposed corrections to the Court's understanding of the arguments presented, but the briefs

**SHALL NOT** exceed ten pages in length (apiece). The Parties **SHALL** attach to the briefs any additional documentation they have relevant to Petitioner's detention, which **SHALL** include the documents requested at page 7 of Petitioner's Reply (Doc. 11).

**IT IS SO ORDERED**, this 30th day of October, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE